UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60164-CIV-DIMITROULEAS

NERLANDE JOSEPH,

    Plaintiff,

vs.

COMMUNICARE HEALTHCARE SERVICES
INC. D/B/A COMMUNICARE NURSE
REGISTRY, LORETTA A. MOORE,

    Defendants.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION
TO COMPEL ARBITRATION AND DISMISS/STAY PROCEEDINGS**

THIS CAUSE is before the Court upon Defendant's Motion to Compel Arbitration and Dismiss/Stay Proceedings [DE 7] the March 18, 2021 Magistrate Judge's Report and Recommendation (the "Report") [DE 14].   The Court notes that no objections to the Report [DE 14] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 14] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 14] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 14] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Compel Arbitration and Dismiss/Stay Proceedings [DE 7] is hereby **DENIED**;

3. Defendants shall respond to the Complaint on or before May 4, 2021.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of April, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Strauss

Counsel of record